UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>RICHARD BENAVIDEZ,<br><br>Defendant. | CASE NO.:  22-CR-0087-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting currently scheduled for February 18, 2022, at 1:30 p.m., be continued to March 18, 2022, at 1:30 p.m.  For the reasons set forth in the joint motion, the time period of February 18, 2022, to March 18, 2022, is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A).

**IT IS SO ORDERED.**

Dated: February 9, 2022

Hon. Janis L. Sammartino
United States District Judge